IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| BOGOPA SERVICE CORP. ) ) Plaintiff, ) ) vs. ) ) FOOD BAZAAR, INC. ) ) Defendant. ) | Civil Action No.:3:06CV218 |

## ORDER

This matter comes before the Court on the Motion of Douglas Quinton Hahn to be admitted to practice before this Court in the above captioned proceeding *Pro Hac Vice*. Finding that Mr. Hahn has complied with the requirements for such admission, the Motion is hereby GRANTED.

All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.

**SO ORDERED**.

Signed: January 19, 2007

*Carl Horn, III*
_____
Carl Horn, III
United States Magistrate Judge